IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /_____ D.C.

05 OCT 28 PM 1:1_

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jennifer Trotter )<br>_____ )<br>_____ )<br>_____ )<br>_____ )<br>Defendant(s). ) | THOMAS M. GOULD<br>CLERK, U.S. DISTRICT COURT<br>W/D OF TN, MEMPHIS<br><br>Criminal No. 05-20223 Ml<br><br>(30-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the November, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Wednesday, November 23, 2005, with trial to take place on the December, 2005 rotation calendar with the time excluded under the Speedy Trial Act through December 16, 2005. Agreed in open court at report date this 28th day of October, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-31-05

48

SO ORDERED this 28th day of October, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

Stephen Leffler for
Jennifer Frotsher

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20223 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT